UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SOLE, | No. 2:13-cv-1650 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| METROPOLITAN LIFE INS. CO., | |
| Defendant. | |

Plaintiff is proceeding in this action through counsel and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by the Honorable Troy L. Nunley on August 12, 2013 pursuant to Local Rule 302(a) and pursuant to 28 U.S.C. § 636(b)(1) for the limited purpose of resolving plaintiff's application to proceed in forma pauperis. Plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, the request to proceed in forma pauperis will be granted.

Good cause appearing, IT IS ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis is granted; and
2. This matter is referred back to Judge Nunley.

DATED: August 19, 2013

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

/mb;sole1650.ifpgrant

1