1
2
3
4
5
6
7

8          UNITED STATES DISTRICT COURT

9          EASTERN DISTRICT OF CALIFORNIA

10

11   ANNETTE SOLE,                        )   CASE NO:  2:13-CV-01650-TLN-AC
                                          )
12            Plaintiff,                   )
                                          )
13        vs.                             )   **ORDER** ON DEFENDANT'S
                                          )   REQUEST TO FILE
14   METROPOLITAN LIFE INSURANCE          )   ADMINISTRATIVE RECORD
     COMPANY, and DOES 1 to 100,          )   UNDER SEAL
15                                        )
              Defendants.                 )
16                                        )
                                          )
17                                        )   Complaint Filed:  August 22, 2013
                                          )
18  _____  )

19
20
21
22
23
24
25
26
27
28

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

## ORDER

Having considered request of Defendant Metropolitan Life Insurance Company to file the Administrative Record under seal, and for good cause shown, IT IS THEREFORE ORDERED that the Administrative Record, which bears bates-stamps SOLE-PLAN 000001 through SOLE-PLAN 000065 and SOLE CL 000784 through SOLE CL 001201, contain personal and private information and that the entirety of these documents shall remain protected from public disclosure under seal.

**IT IS SO ORDERED.**

Dated: June 6, 2014

Troy L. Nunley
United States District Judge