# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE SOLE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, and DOES 1 to 100,<br><br>　　　　Defendants. | CASE NO: 2:13-CV-01650-TLN-AC<br><br>**ORDER GRANTING STIPULATION TO MODIFY PRETRIAL SCHEDULING ORDER**<br><br>[Filed Concurrently Stipulation]<br><br>Complaint Filed: August 22, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

# **ORDER**

Having reviewed the parties' Stipulation to Modify the Court's Pretrial Scheduling Order, AND FOR GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED as follows:

1. Plaintiff's Motion for Judgment currently set for July 31, 2014 is continued to  August 28, 2014;

2. Defendant's Opposition and any Cross-Motion currently due on June 26, 2014 shall now be due on  July 24, 2014;

3. Plaintiff's Reply and Opposition to any Cross-Motion currently due on July 10, 2014 shall now be due on  August 7, 2014;

4. Defendant's Reply currently due on July 24, 2014 shall be due on  August 21, 2014;

5. All other pretrial dates shall remain as ordered:
    Trial Briefs due date:              September 29, 2014
    Responsive Trial Briefs due date:   October 27, 2014
    Trial:                              November 17, 2014

**IT IS SO ORDERED.**

Dated: June 12, 2014

Troy L. Nunley
United States District Judge

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800